IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Chad William Reed, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV-12-414-JHP-KEW |
| | ) |
| David Parker, | ) |
| | ) |
| Respondent. | ) |

## OPINION AND ORDER

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent is hereby ordered to show cause why the writ should not issue by filing within thirty (30) days an answer to the petition, in accordance with Rule 5 of the Rules Governing Section 2254 Cases. As an alternative to filing a Rule 5 answer, Respondent may file within thirty (30) days a motion to dismiss based upon 28 U.S.C. § 2244, 28 U.S.C. § 2254, or other applicable statute. *Extensions of time will be granted for good cause only, and in no event for longer than an additional twenty (20) days.* Petitioner may submit a reply to the Respondent's answer or motion within fifteen (15) days after the filing of Respondent's pleading.

IT IS SO ORDERED THIS 29th day of October, 2012.

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE